UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

ZACHARIAH TRAVISPATRIC RYAN,
TOBI JOY RYAN,
Debtors.

Bankruptcy No. 07-21473 EEB
Chapter 13

### ORDER DISMISSING CHAPTER 13 BANKRUPTCY CASE
### FOLLOWING CONFIRMATION OF PLAN

THIS MATTER comes before the Court for consideration of dismissal on the Motion to Dismiss filed by U.S. Bank National Association, as Trustee for the BNC Mortgage Loan Trust 2006-1, the Court

DOES FIND as follows:

1. Dismissal of this case is appropriate pursuant to 11 U.S.C. §1307(c).
2. A plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED as follows:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this order on all creditors and parties-in-interest within **ten days**.

2. In accordance with 11 U.S.C. § 349(b)(1) and (2), any transfer avoided under section 522, 544, 545, 547, 548, 549, or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2), or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtors to the Trustee, shall revest in the Debtors as of the date of this Order pursuant to 11 U.S.C. §349.

4. **Within thirty days of the date of this Order**, the Trustee shall distribute payments received from the Debtors in accordance with the terms of the confirmed plan. 11 U.S.C. § 1326(a)(2).

DATED: July 15, 2008

BY THE COURT

*Elizabeth E. Brown*

United States Bankruptcy Judge

File No. 07-14189